CHARLES MILLER COAT COMPANY, INC., Appellant, *v.* MYRON HERBERT, INC., Respondent, et al., Defendants.

Argued October 10, 1949; decided October 20, 1949.

478

*Loring R. Lecraw, Milton P. Kinsey* and *Edward M. Kolbell* for appellant.

*Charles S. Port* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.